# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>   v.<br><br>JOSE DE JESUS MORA,<br><br>      Defendant and Judgment Debtor,<br><br>EPLASTERING, INC.,<br><br>      Garnishee. | Case No. 17CR2511-GPC<br><br>ORDER GRANTING MOTION FOR GARNISHMENT<br><br><br><br><br><br>**[ECF No. 655]** |

This matter is before the Court for entry of an Order of Garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205 of the Federal Debt Collection Procedure Act (FDCPA), against the substantial nonexempt property of Defendant-Judgment Debtor Jose De Jesus Mora (hereinafter Judgment Debtor).

The United States filed an Application for Writ of Garnishment seeking any substantial nonexempt property of Judgment Debtor held by EPlastering, Inc., (hereinafter Garnishee). A Writ of Garnishment was served on Garnishee, who filed an Answer stating that property of Judgment Debtor was in its custody, control or possession.

Judgment Debtor was served with the Application for Writ of Garnishment, Clerk's Notice of Post-Judgment Garnishment and Instructions to Judgment Debtor, Writ of Garnishment, and Answer of Garnishee. Judgment Debtor was notified of the right to request a hearing. Judgment Debtor has not requested a hearing, and the statutory time period to do so has elapsed.

Therefore, this Court grants the United States' Motion for Order of Garnishment and IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 3205(c)(7), Garnishee shall pay to the Clerk of Court the nonexempt property it has in its custody, control, or possession that belongs to or is due to Judgment Debtor, from the date Garnishee was served with the Writ of Garnishment and continuing up to the amount of debt owed by Defendant-Judgment Debtor. As of November 22, 2021, the current balance owed to the United States is $38,140.63.

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 3205(c)(10), Garnishee continue said payments until Judgment Debtor's debt to the United States is paid in full, exhaustion of Judgment Debtor's property in the custody, control, or possession of Garnishee, or until further order of this Court.

IT IS FURTHER ORDERED that Garnishee shall include Case No. 17CR2511-03-GPC on all checks and make checks payable to the Clerk of Court. Garnishee shall mail payments to the Clerk of Court, United States District Court for the Southern District of California, 333 West Broadway, Suite 420, San Diego, California 92101.

IT IS FURTHER ORDERED that the Government shall serve this Order on the Judgment Debtor and Garnishee.

**IT IS SO ORDERED.**

Dated: November 30, 2021

Hon. Gonzalo P. Curiel
United States District Judge